No. 11–1018. BERISHA ET AL. v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied. 

No. 11–1020. DAVIS v. BLACKSTOCK ET AL. Sup. Ct. Ala. Certiorari denied.

No. 11–1037. MOODY v. SUPERIOR COURT OF CALIFORNIA, MARIN COUNTY, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–1038. CORELOGIC, INC., ET AL. v. SCHNEIDERMAN, ATTORNEY GENERAL OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 11–1050. LIBERTARIAN PARTY OF NORTH DAKOTA ET AL. v. JAEGER. C. A. 8th Cir. Certiorari denied.

No. 11–1058. SEVAYEGA v. WILKERSON. C. A. 6th Cir. Certiorari denied.

No. 11–1061. NGUYEN v. VAN BOENING, SUPERINTENDENT, MCNEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–1065. SIBLEY v. SIBLEY, PERSONAL REPRESENTATIVE OF THE ESTATE OF SIBLEY. C. A. D. C. Cir. Certiorari denied.

No. 11–1079. GENETICS INSTITUTE, LLC v. NOVARTIS VACCINES & DIAGNOSTICS, INC. C. A. Fed. Cir. Certiorari denied.

No. 11–1082. TRINEN v. CITY OF AURORA, COLORADO. C. A. 10th Cir. Certiorari denied.

No. 11–1083. MILLER v. NATIONWIDE LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 11–1088. SMITH v. SUPREME COURT OF MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 11–1099. CABRERA-BELTRAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.